59 BALDWIN vs. CIRCUIT JUDGE (Branch), 48 M., 525.

To vacate the service of a capias.

Granted June 14, 1882.

Held, that where appearance bail has been accepted from a

person arrested upon a criminal warrant, issued by a justice, he cannot, pending his release on bail, be arrested on a civil capias for the same matter at the suit of the same complainant. Also, that costs on mandamus to vacate legal process may be allowed against the person at whose instance it was put in motion.